IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN J. JACKSON,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                            14-cv-89-bbc

WISCONSIN STATE,
WISCONSIN STATE LIBRARY and
CLERK OF SUPREME COURT,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case as frivolous.

/s/                                                 3/26/2014

Peter Oppeneer, Clerk of Court                 Date